# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| EDWARD L. BLOODWORTH, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:12-cv-418 (MTT) |
| IMERY'S KAOLIN COMPANY, INC. and GLENN RAY CONSTRUCTION CO., | ) |
| Defendants. | ) |

## ORDER

The Complaint in this case was filed on October 22, 2012. (Doc. 1). The Court has reviewed the Complaint to determine whether the jurisdictional requirements in this case have been satisfied. *See Morrison v. Allstate Indem. Co.*, 228 F.3d 1255, 1261 (11th Cir. 2000). Federal courts are courts of limited jurisdiction, and federal subject matter jurisdiction can only be based upon either a question of federal law or diversity of citizenship. *Id.* at 1260-6; *See* 28 U.S.C. §§ 1331, 1332. After reviewing the Complaint, the Court has determined that the proper subject matter jurisdiction has not been established. Accordingly, the Court **ORDERS** the Plaintiff to file an amended complaint that properly pleads federal subject matter jurisdiction no later than November 2, 2012. If the Plaintiff fails to properly amend the Complaint, the Court will dismiss the case for lack of subject matter jurisdiction.

**SO ORDERED**, this 24th day of October, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT